# United States Court of Appeals
## For the First Circuit

No. 14-1391

UNITED STATES OF AMERICA,

Appellee,

v.

SANTOS J. MIRANDA-MARTÍNEZ, a/k/a "Santito",

Defendants, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 23, 2015, is amended as follows:

On page 5, line 14, "release" is replaced with "releasee"

On page 7, line 17, "eighteen month" is replaced with "eighteen-month"